UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN JENNIFER MOSLEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-14152

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [5] AND DISMISSING WITHOUT PREJUDICE PLAINTIFF'S COMPLAINT**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 5]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation and DISMISSES WITHOUT PREJUDICE Plaintiff's complaint.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: March 6, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record

---

[1] No timely objections were filed.

on March 6, 2014, by electronic and/or ordinary mail.

                        s/Johnetta M. Curry-Williams
                        Case Manager
                        Acting In Absence of Carol A. Hemeyer